# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00497-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FRANCISCO JAVIER PARRA-ARANA,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court *sua sponte*. This matter is set for a change of plea hearing on February 8, 2011, at 1:30 p.m. Time has become available to hold the this hearing at an earlier time. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That the change of plea hearing set for February 8, 2011, is **VACATED** at 1:30 p.m., and is **RESET** to **11:00 a.m.** on this date; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  February 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.