**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00497-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  FRANCISCO JAVIER PARRA-ARANA,

      Defendant.

---

**MINUTE ORDER**[1]

---

      Due to a conflict arising on the court's calendar, the sentencing hearing set for May 13, 2011, should be vacated.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the sentencing hearing set for May 13, 2011, is **VACATED** and is **CONTINUED** to August 11, 2011, at 10:00 a.m.; and

      2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  April 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.