**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00497-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  FRANCISCO JAVIER PARRA-ARANA,

     Defendant.

---

**MINUTE ORDER**[1]

---

The court expects that the trial in 09-cv-02977-REB-KLM to require Thursday, July 7, 2011. Thus, the setting in this case must be vacated and rescheduled.

**THEREFORE, IT IS ORDERED** as follows:

1. That the sentencing set for July 7, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

2. That **July 7, 2011**, commencing at 2:30 p.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter; and

4. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: June 30, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.